**Robert L. TONEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36,662.**

Missouri Court of Appeals,
Western District.

Nov. 19, 1985.

Heidi Atkins Lieberman, Asst. Public Defender, Jefferson City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and DIXON and LOWENSTEIN, JJ.

---

ORDER

PER CURIAM:

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate sentence for two counts of murder in the first degree, § 559.101, RSMo 1969, two counts of assault with intent to kill, § 559.-180, RSMo 1969, and two counts of robbery in the first degree with a deadly weapon, § 560.120, RSMo 1969.

Affirmed. Rule 84.16(b).

---

**STATE of Missouri, Respondent,**

v.

**Kevin Lavert LARKINS, Appellant.**

**No. WD 36904.**

Missouri Court of Appeals,
Western District.

Nov. 19, 1985.

James M. Roberts, Salem, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from jury trial conviction of burglary in the first degree, in violation of § 569.160 RSMo (1978), and attempted stealing of property valued at $150.00 or more, in violation of § 564.011 RSMo (1978), and § 570.030 RSMo (Supp.1981).

Judgment affirmed. Rule 30.25(b).